UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

NEREO RODRIGUEZ-HERNANDEZ,
individually and in behalf of all other persons
similarly situated,

                      Plaintiff,

              –against–                                    15 CV 6848 (KBF)

K. BREAD & COMPANY INC. d/b/a BREAD
& COMPANY and ALEXANDER KIM,
jointly and severally,

                      Defendants.

## NOTICE OF MOTION

**Please take notice** that, upon the accompanying memorandum of law, and the pleadings

herein, the plaintiff will move this Court, before Hon. Katherine B. Forrest, United States District

Judge, for an order vacating the October 27, 2016, Order.

                                        LAW OFFICE OF JUSTIN A. ZELLER, P.C.

                                        By:  _____
                                        John M Gurrieri
                                        jmgurrieri@zellerlegal.com
                                        Brandon D. Sherr
                                        bsherr@zellerlegal.com
                                        Justin A. Zeller
                                        jazeller@zellerlegal.com
                                        277 Broadway, Suite 408
                                        New York, NY 10007-2036
                                        Telephone: (212) 229-2249

Dated:  New York, New York            Facsimile: (212) 229-2246
           November 29, 2016            **ATTORNEYS FOR PLAINTIFF**