LAW OFFICE OF
# JUSTIN A. ZELLER

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 15, 2016

December 14, 2016

**VIA ECF**

Hon. Katherine B. Forrest, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Rodriguez-Hernandez et al v. K. Bread & Company Inc. et al*, 15 CV 6848 (KBF)

Dear Judge Forrest:

    This firm represents the plaintiff in the above-referenced action. The plaintiff hereby moves to extend the time to file papers in accordance with the December 1, 2016, order from December 16, 2016, to ten days after the disposition of the plaintiff's appeal of the December 1, 2016, order. There has been no such prior motion.

    The plaintiff has filed a notice of appeal of the December 1, 2016, order, and will assert jurisdiction arising from the collateral order doctrine. *See Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 546 (1949). The plaintiff respectfully asks the Court to extend the time to comply with the December 1, 2016, order while the appeal is pending.

    I thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Brandon Sherr*

Brandon D. Sherr

MOTION DENIED.
December 15, 2016

*/s/ K. B. Forrest*

United States District Judge