UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEREO RODRIGUEZ-HERNANDEZ, individually and in behalf of all other persons similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　–against–<br><br>K. BREAD & COMPANY INC. d/b/a BREAD & COMPANY and ALEXANDER KIM, jointly and severally,<br><br>　　　　　　　Defendants. | 15 CV 6848 (KBF) |

## AFFIRMATION

Brandon D. Sherr, an attorney admitted to practice in this court, affirms that the following statements are true under the penalties of perjury:

1.　I am associated with the Law Office of Justin A. Zeller, P.C., the attorneys for the plaintiff in this action and, as such, am familiar with the facts and circumstances of this action.

2.　The exhibits to this affirmation are those documents ordered produced to the Court in the December 1, 2016, order.

3.　The exhibits, numbered 1 through 66, consist of email correspondence between the plaintiff's and defendants' counsel.

Dated: New York, New York
　　　　December 16, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brandon D. Sherr
　　　　　　　　　　　　　　　　　　　Law Office of Justin A. Zeller, P.C.
　　　　　　　　　　　　　　　　　　　277 Broadway, Suite 408
　　　　　　　　　　　　　　　　　　　New York, N.Y. 10007-2036
　　　　　　　　　　　　　　　　　　　bsherr@zellerlegal.com
　　　　　　　　　　　　　　　　　　　Telephone: (212) 229-2249
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 229-2246