# Brandon Sherr

**From:** Daniel Morris <dwmorris@cbdm.com>
**Sent:** Tuesday, July 12, 2016 5:55 PM
**To:** John Gurrieri
**Cc:** Justin Zeller
**Subject:** 0952 Rodriguez-Hernandez v. Bread & Company: K Bread

John,

If you or Justin are still around, could you give me a call on my direct line 212-842-7154?

I want to talk about where we're at and whether we need to move forward.

Dan


Daniel W. Morris
Clifton Budd & DeMaria, LLP
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118

212-687-7410 phone
212-842-7154 direct dial
212-842-5223 direct fax
www.cbdm.com

dwmorris@cbdm.com