LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246

February 9, 2017

**VIA ECF**

Hon. Katherine B. Forrest, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Rodriguez-Hernandez et al v. K. Bread & Company Inc. et al*, 15 CV 6848 (KBF)

Dear Judge Forrest:

     This firm represents the plaintiff in the above-referenced action. This concerns the Court's February 3, 2017, order. The plaintiff has moved the United States Court of Appeals for the Second Circuit to stay this action. The plaintiff acknowledges with appreciation this Court's order staying this action while that motion is pending.

     Respectfully submitted,

Brandon D. Sherr