UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
NEREO RODRIGUEZ-HERNANDEZ, :
individually and on behalf of others similarly :
situated, :
: 15-cv-6848 (KBF)
Plaintiff, :
: ORDER
-v- :
:
K BREAD & COMPANY, INC. and :
ALEXANDER KIM, :
:
Defendants. :
:
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 8, 2017

KATHERINE B. FORREST, District Judge:

On April 11, 2017, the Second Circuit dismissed the parties' interlocutory appeal of this Court's December 1, 2016, Memorandum Decision & Order for lack of jurisdiction, and denied the parties' motion for a stay as moot. The mandate from the Second Circuit issued on May 2, 2017. (ECF No. 62.)

As has been clear, the parties in this action have reached a settlement. They finally submitted that settlement to the Court on April 25, 2017. (ECF No. 61.) Accordingly, the parties are hereby ORDERED to show cause why they have not (through their previous submission) knowingly attempted to mislead this Court in in an effort to avoid their obligations under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

The parties shall submit a response to the Court **not later than May 19, 2017.**

SO ORDERED.

Dated:   New York, New York
         May 8, 2017

_____
KATHERINE B. FORREST
United States District Judge